IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

CONNIE COKER                                                                                         PLAINTIFF

V.                                                                      CIVIL ACTION NO. 1:21-CV-182-MPM-RP

KROGER LIMITED PARTNERSHIP I                                                          DEFENDANTS

## ORDER SUBSTITUTING PARTY

This matter is before the court on the parties' joint *ore tenus* motion to substitute Kroger Limited Partnership I for the defendant incorrectly identified in the complaint as The Kroger Co.. The court finds the request is well taken and should be **GRANTED**. Kroger Limited Partnership I is substituted as the defendant in place of The Kroger Co.. The Clerk of Court is directed to change the style on the docket to reflect the new, properly designated defendant, and the parties are directed to observe this change in future filings.

**SO ORDERED,** this the 20th day of January, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE