IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CONNIE COKER                          PLAINTIFF

VS.                          CAUSE NO. 1:21-CV-00182-MPM-RP

KROGER LIMITED PARTNERSHIP I                          DEFENDANTS

## AGREED FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AS TO MO TUPELO, LLC, ONLY

THIS CAUSE, having come before the Court upon the parties' joint *ore tenus* Motion for Final Judgment of Dismissal Without Prejudice as to Mo Tupelo, LLC, only, and the Court having duly considered the same, and being otherwise fully advised in the premises, finds that said Motion is well-taken and that the same should be, and is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims and causes of action against Mo Tupelo, LLC are hereby fully and finally dismissed, without prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 2nd day of February, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED:

_____
Counsel for Coker

_____
Counsel for Kroger

_____
Counsel for Mo Tupelo